LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
JORDAN MAZUR, Bar No. 257899
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

KENNETH R. BALLARD, Bar No. 079743
JOHN B. GOLPER, Bar No. 065963
KATHERINE A. HREN, Bar No. 210110
Ballard, Rosenberg, Golper & Savitt, LLP
500 North Brand Boulevard, Twentieth Floor
Glendale, CA 91203-9964
Telephone 818.506.3700
Fax 818.506.4827

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FURSMAN; STEVE SACKS, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN MORRELL & CO. doing business as MOHAWK PACKING COMPANY and/or MOHAWK MEAT COMPANY,<br><br>Defendant. | No.     09-CV-046161-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[L.R. 3-12(a)]**<br><br>Judge: Susan Illston<br>Courtroom: 10, 19th Floor |

Plaintiffs Mike Fursman, Steve Sacks, in their capacities as Trustees of the Northern

California UFCW Wholesale Health & Welfare Fund ("Plaintiffs"), and Defendant John Morrell &

Co., doing business as Mohawk Packing Company and/or Mohawk Meat Company ("Defendant"),

through their respective counsel, hereby stipulate to and request that the Court order that the Initial

Case Management Conference and related deadlines be continued for a period of 120 days.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation and [Proposed] Order Continuing CMC Deadlines (Case No. 09-CV-04616-SI)

1.     Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action is set for January 15, 2010 at 2:30 p.m.  Other case management deadlines, including the filing of the ADR Certification, completion of initial disclosures, and filing of the Case Management Statement, precede and are set in relation to the Case Management Conference.

2.     On November 5, 2009, the parties met to discuss the outstanding issues and agreed to a process to explore a possible resolution of this action without the necessity of further litigation, time and expense.  This case involves two payroll compliance testing audits.  To that end, the parties intend to exchange information and need additional time to gather information as well as review said information.  This case involves two payroll compliance audits covering several years. The parties currently anticipate that a short extension of case management deadlines will enable them to focus their efforts on resolving this matter.

3.     There have been no previous time modifications related to the Initial Case Management Conference or related case management activities in this case.

4.     The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case.  No trial date or other deadlines have yet been set.  The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to exchange information about their respective positions that may streamline case management.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
Stipulation and [Proposed] Order Continuing CMC Deadlines (Case No. 09-CV-04616-SI)

Therefore, Plaintiffs and Defendant, through their respective counsel, stipulate and agree as follows:

1.    The Initial Case Management Conference date of January 15, 2010 at 2:30 p.m. and related deadlines are vacated.

2.    The Initial Case Management Conference date is extended to ___May 7, 2010___ at ___2:30 p.m.___.  Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated:  December 21, 2009

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


By:   /s/ Linda Baldwin Jones_____
       LINDA BALDWIN JONES
       Attorneys for Plaintiffs


Dated:  December ____, 2009

BALLARD, ROSENBERG, GOLPER & SAVITT, LLP


By:   /s/ Katherine A. Hren_____
       KATHERINE A. HREN
       Attorneys for Defendant


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  _____          _____
                                                        THE HONORABLE SUSAN ILLSTON

120526/554463

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001