(SPACE BELOW FOR FILING STAMP ONLY)

KENNETH R. BALLARD, SBN 079743
JOHN B. GOLPER, SBN 065963
KATHERINE A. HREN, SBN 210110
BALLARD ROSENBERG GOLPER & SAVITT LLP
500 North Brand Boulevard, Twentieth Floor
Glendale, CA 91203-9946
Telephone: (818) 508-3700
Facsimile: (818) 506-4827
E-Mail:   kballard@brgslaw.com
          jgolper@brgslaw.com
          khren@brgslaw.com

Attorneys for JOHN MORRELL & CO.,
d/b/a MOHAWK PACKING

LINDA BALDWIN JONES, Esq.
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Fax: (510) 337-1023
lbjones@unioncounsel.net

Attorneys for Plaintiffs MIKE FURSMAN, STEVE SACKS, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE FURSMAN, STEVE SACKS, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MORRELL & CO., doing business as MOHAWK PACKING COMPANY and/or MOHAWK MEAT COMPANY<br><br>Defendants. | CASE NO. CV 09-4616<br><br>**[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL WITH PREJUDICE OF LAWSUIT**<br><br>Honorable Susan Illston<br>Courtroom 10 |

1  IT IS HEREBY ORDERED THAT the above entitled-action is hereby dismissed
2 with prejudice pursuant to Fed. R. Civ. P. 41(a). The parties are to bear their own costs
3 and attorney's fees.

4

5 DATED:_____  *[signature]*

   SUSAN ILLSTON
6  United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

The undersigned certifies that on April 30, 2010, a true and correct copy of the following document was filed electronically with the United States District Court for the Northern District of California: **[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL WITH PREJUDICE OF LAWSUIT** with notice of case activity generated and sent electronically to:

Linda Baldwin Jones, Esq.
Kristine M. Zinnen, Esq.
Jordan Mazur, Esq.
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Fax: (510) 337-1023
lbjones@unioncounsel.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 30, 2010, at Glendale, California.

_____
Karen Thomson